[Civ. No. 10307. First Appellate District, Division Two.—August 28, 1936.]

MATTS WERNER SWEINS, Petitioner, v. THE SUPERIOR COURT OF MONTEREY COUNTY et al., Respondents.

Thacher, Jones & Casey for Petitioner.

H. W. Hutton for Respondents.

THE COURT.—An alternative writ of prohibition was issued upon the petitioner's application showing that, in an action foreclosing a chattel mortgage, the respondents made an *ex parte* order appointing a receiver without requiring the applicants for such order to give an undertaking.

Section 566 of the Code of Civil Procedure provides that: "If a receiver is appointed upon an *ex parte* application, the court, before making the order, must require from the applicant an undertaking . . . "

The provisions of that section are mandatory (22 Cal. Jur., p. 468) and the order was therefore void. (*Westphal* v. *Superior Court*, 120 Cal. App. 263, 264 [7 Pac. (2d) 711], where other authorities to the same effect are cited.)

Let a peremptory writ issue as prayed.